# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

**United States of America** )
)
      **vs.** )    **Docket Number: 1:02CR05003-01 OWW**
)
**John Ross** )
)

On March 3, 2003, the above named was placed on probation for a term of 3 years. Special conditions included a requirement that he submit to search and seizure, provide access to financial information, not open new lines of credit, and serve at least 30 days at the Comprehensive Sanction Center. Furthermore, the defendant was ordered to pay restitution in the amount of $5,000 and a special assessment of $25.

The defendant has complied with all conditions and special conditions of probation and has not been involved in any further criminal activities. Furthermore, it should be noted the defendant has been gainfully employed since his release on probation and has paid his restitution and special assessment in full. It is the opinion of the Probation Officer that he has derived the maximum benefit from supervision and is not in need of continued supervision.

                                         Respectfully submitted,

                                         /s/ Tim Mechem

                                         **Tim Mechem**
                                  **United States Probation Officer**

**Reviewed by:**    /s/ Bruce Vasquez
                        **Bruce A. Vasquez**
                        **Supervising United States Probation Officer**

# ORDER OF COURT

It is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this _____15TH_____ day of _____April_____, 2005.

/s/ OLIVER W. WANGER

**Oliver W. Wanger**
**United States District Court Judge**

cc: Assistant United States Attorney